**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02309-REB

TERRI P. BENNETT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER DENYING MOTION FOR SENTENCE SIX REMAND

**Blackburn, J.**

The matter before me is **Defendant's Opposed**[1] **Motion To Remand the Case to the Agency Pursuant to Sentence Six Remand of 42 U.S.C. § 405(g)** [#11],[2] filed March 17, 2016. I grant the motion and remand this case to the agency.

Under sentence six of the 42 U.S.C. § 405(g), the court may "order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding." Based on the averments of the motion, I find and conclude that this standard is satisfied and remand therefore is appropriate.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] Despite its title, the motion in fact is unopposed. (**See Motion** ¶ 4 at 2.)

[2] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That **Defendant's Opposed Motion To Remand the Case to the Agency Pursuant to Sentence Six Remand of 42 U.S.C. § 405(g)** [#11], filed March 17, 2016, is granted; and

2. That this case is remanded to the agency for further proceedings.

Dated March 17, 2016, at Denver, Colorado.

        **BY THE COURT:**

        <u>s/Robert E. Blackburn</u>
        Robert E. Blackburn
        United States District Judge