**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02309-REB

TERRI P. BENNETT,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**AMENDED ORDER GRANTING MOTION FOR SENTENCE SIX REMAND**[1]

---

**Blackburn, J.**

     The matter before me is **Defendant's Opposed**[2] **Motion To Remand the Case to the Agency Pursuant to Sentence Six Remand of 42 U.S.C. § 405(g)** [#11],[3] filed March 17, 2016.  I grant the motion and remand this case to the agency.

     Under sentence six of the 42 U.S.C. § 405(g), the court may "order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding."  Based on the averments of the motion, I find and conclude that this standard is satisfied and remand therefore is appropriate.

---

[1] Amended to reflect correct ruling in title of order.

[2] Despite its title, the motion in fact is unopposed.  (*See* **Motion** ¶ 4 at 2.)

[3] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That  **Defendant's Opposed Motion To Remand the Case to the Agency Pursuant to Sentence Six Remand of 42 U.S.C. § 405(g)** [#11], filed March 17, 2016, is granted; and

2.  That this case is remanded to the agency for further proceedings.

Dated March 22, 2016, at Denver, Colorado.

**BY THE COURT:**

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge
